ORDERED.

Dated:  October 20, 2016



Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
JOHN R GIBSON JR                                                    CASE NO.: 6:16-bk-03812-ABB
    Debtor(s)                                                              CHAPTER 13
_____/

### ORDER GRANTING MOTION TO STRIP SECOND MORTGAGE LIEN OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

This case came on for consideration upon the Debtor's Motion to Strip Second Mortgage Lien of Mortgage Electronic Registration Systems (Document No 24).  After reviewing the pleadings and considering the position of interested parties, it is

ORDERED:

1. The Motion to Strip Second Mortgage Lien (Docket No 24) is **GRANTED**.
2. Creditor, Mortgage Electronic Registration Systems, has a second mortgage lien on the Debtors' property located at 14415 Lake Huckleberry Lane, Winter Garden, FL 34787 (f/k/a 9134 Seidel Road, Winter Garden, FL 34787),
Legal Description: COMMENCE AT THE NE CORNER OF SECTION 4, TOWNSHIP 24 S, RANGE 27 E, THENCE RUN S 89 19' 40" W, ALONG THE SECTION LINE, 791.40 FT, THENCE S 15 03' 20" E 1007.06 FT FOR A POINT OF BEGINNING, SAID POINT BEING ON THE NORTHERLY RIGHT-OF-WAY LINE OF LAKE HANCOCK ROAD, THENCE RUN N 74 56' 40" E, ALONG SAID RIGHT-OF-WAY, 243 FT N 39 14' 12" W 593.23 FT, THENCE 15 03' 20" E 541.18 FT TO THE POINT OF BEGINNING, CONTAINING 1.509 ACRE, AS RECORDED IN PLAT BOOK 8486, PAGE 4036, of the Public Records of Orange County, FL (hereinafter "the Property").

JOHN R. GIBSON JR.
CASE NO: 6:16-bk-03812-ABB
PAGE 2: ORDER GRANTING MOTION TO STRIP SECOND MORTGAGE
LIEN OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

3. Because the senior mortgage lien exceeds the value of the property, any claim filed by Mortgage Electronic Registration Systems shall be treated as an unsecured claim in this case.

4. Creditor's lien is void and automatically extinguished pursuant to 11 USC §506(d) upon entry of an Order of Discharge pursuant to 11 USC § 1328 and § 1141.

Attorney Brian Mark is directed to serve this Order on the appropriate parties and file a Certificate of Service within three (3) days of the date of this Order.